# SAPIR & FRUMKIN LLP
### ATTORNEYS AT LAW
399 KNOLLWOOD ROAD, SUITE 310
WHITE PLAINS, NEW YORK 10603

WRITER'S EMAIL: SAbraham@sapirfrumkin.com

DONALD L. SAPIR
WILLIAM D FRUMKIN*

DANIEL T. DRIESEN
KATERYN E. WHITE**
EMILY A. ROSCIA
WILLIAM F. CUSACK III
ELIZABETH E. HUNTER***

*ADMITTED IN N.Y. & CT.
**ADMITTED IN N.Y. & N.J.
***ADMITTED IN N.Y. & CA.

TEL: (914) 328-0366
FAX: (914) 682-9128

PARALEGAL
RACHEL L. HORTON

May 13, 2008

*Via Facsimile Transmission Only*
*Facsimile No.: (914) 390-4085*

Hon. Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

*[Handwritten memo endorsement: MEMO ENDORSED — Conference Adjourned to June 27, 2008. So Ordered, May 14, 2008. Charles L. Brieant, USDJ]*

Re: *Adrian Huff, as Chairman of the Board of Trustees of Teamsters Local 445 Construction Division Welfare, Pension and Annuity Funds and Teamsters Local 445 Education and Training Fund v. Realife Land Improvement, Inc.*
08-Civ-1907 (CLB)(GAY)
~~Our File No. 07-192T~~

Dear Judge Brieant:

We represent the Plaintiff Adrian Huff, *et al.*, in the above referenced matter. We were unable to personally serve Defendant Realife Land Improvement, Inc. with the Summons and Complaint, and therefore, we were required to serve Defendant through the Secretary of State. Accordingly, we request an adjournment of the conference scheduled for May 30, 2008 and additional 30 days to provide sufficient time for Defendant to appear in this action. We will aprise the Court as soon as this takes place.

Thank you for your consideration of this matter.

Very truly yours,

Scott R. Abraham

WDF:SRA

cc: Ms. Susan D. Labriola (via facsimile and first class mail)

F:\APPLICA\TWP\TEAMSTER\Realife Land Improvement\Letters\L-USDJ Brieant.05.13.08.wpd\dp