AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN  DISTRICT OF  NEW YORK

ADRIAN HUFF, et al.,

           Plaintiff,

V.

REALIFE LAND IMPROVEMENT, INC.,

           Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

# 08 CIV. 1907

**BRIEANT**

TO: (Name and address of defendant)

REALIFE LAND IMPROVEMENT, INC.
84 Commerce Drive
Patterson, New York 12563

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William D. Frumkin, Esq.
Sapir & Frumkin LLP
399 Knollwood Road, Suite 310
White Plains, New York 10603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK: J. Michael McMahon

(BY) DEPUTY CLERK

DATE: FEB 2 6 2008

Index #  08 civ 1907
Purchased/Filed: February 26, 2008

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

| State of New York | U. S. District Court | Southern Dist. County |
|---|---|---|

Adrian Huff, et al                                                                 Plaintiff

against

Realife Land Improvement, Inc.                                      Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**   Approx. Age: 45 Yrs.
Weight: 120 Lbs.   Height: 5' 0"   Sex: Female   Color of skin: White
Hair color: Brown   Other: ___

___Robin Brandow___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___May 8, 2008___, at ___1:30 pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed ___Summons, Complaint, Order, Indiv. Judges Rules, Filing Instructions, Guidelines and Procedures___ on ___Realife Land Improvement, Inc.___, the Defendant in this action, by delivering to and leaving with ___Carol Vogt___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40.00___ dollars; That said service was made pursuant to Section ___BUSINESS CORPORATION LAW §306___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

___8th___ day of ___May, 2008___

*(signature)*
FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

*(signature)*
Robin Brandow

**Invoice•Work Order #** 0808916